# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**EDWARD DENNIS et al.,**                                                                 **PLAINTIFFS**

**v.**                              **Case No. 5:19-cv-00296-LPR**

**SCHELL & KAMPETER INC.**                                                            **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 16th day of October 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE